# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SAMANTHA SANTORO,

    Plaintiff,

v.

MACY'S WEST STORES, INC., et al.,

    Defendants.

2:12-CV-1048 JCM (CWH)

### ORDER

On August 8, 2012, attorney Michael C. Christman filed a verified petition for permission to practice pro hac vice. (Doc. # 11). On August 9, 2012, the court ordered Mr. Christman to correct page five of his verified petition and gave him 14 days to comply with the court's order. (Doc. #12.)

To date, Mr. Christman has not complied with this court's order. Thus, the court finds it appropriate to deny Mr. Christman's verified petition (doc. # 11).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Mr. Christman's verified petition for permission to practice pro hac vice (doc. # 11) be, and the same hereby is, DENIED.

DATED September 20, 2012.

*/s/ James C. Mahan*
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**